**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00389-CV

### IN RE CHARLES ANTHONY ALLEN, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of habeas corpus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    KERRY P. FITZGERALD
       JUSTICE